# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS MENDOZA CASTRO; and YESENIA MORALES CALIXTO,<br><br>Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, *et. al*,<br><br>Respondents. | Case No. 25-cv-02645-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR REVISED BRIEFING SCHEDULE**<br><br>**(ECF No. 5)** |

Before the Court is a Joint Motion for a Revised Briefing Schedule to extend Respondents' response brief and Petitioners' reply brief deadlines. (ECF No. 5.) Parties are engaged in ongoing discussions for alternative resolution of the dispute and have reached a partial resolution in principle. (*Id.*)

Accordingly, the Court finds that parties have demonstrated good cause to grant the requested extension of time. The joint motion (ECF No. 5) is therefore **GRANTED**. Respondents must file their response brief no later than **October 27, 2025**. If Petitioners choose to file a reply brief, they must do so no later than **November 3, 2025**.

**IT IS SO ORDERED.**

**DATED: October 20, 2025**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

25cv2645